## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

NEW YORK LIFE INSURANCE AND
ANNUITY CORPORATION,

    Plaintiff,

v.                                          Case No: 8:12-cv-1954-T-30MAP

ELLEN GROSS GERTH, THOMAS J.
GROSS and ABBY BAUMGARTNER,

    Defendants.

## ORDER

    THIS CAUSE comes before the Court upon the Amended Joint Motion to Distribute Funds in Court's Registry (Dkt. #114).   Upon review and consideration, it is

    ORDERED AND ADJUDGED that:

    1.    This Court's Order (Dkt. #113) entered on July 22, 2015, is VACATED.

    2.    The Amended Joint Motion to Distribute Funds in Court's Registry (Dkt. #114) is GRANTED.

    3.    The Clerk is directed to distribute the funds in the amount of $2,428.38 deposited by Plaintiff to Defendant Ellen Gross Gerth via check made payable to the Law Firm of Sivyer Barlow & Watson, P.A. and deliver same to:  Sivyer Barlow & Watson, P.A., c/o Mahlon H. Barlow, 401 East Jackson Street, Suite #2225, Tampa, FL 33602.

DONE AND ORDERED at Tampa, Florida on this \_\_\_\_ day of July, 2015.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

<u>Copies furnished to</u>:
Counsel/Parties of Record
U. S. District Court Finance Clerk, Orlando

S:\Even\12-cv-1954 disburse 114.docx

2